Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*April 24, 2020*
........

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO.**  **4:20mj0736** |
| | § | |
| **ISRAEL CHAPA, JR.** | § | |
| **ISAAC RODRIGUEZ** | § | |
| **JAVIER CAVAZOS, III** | § | |
| **ASHLEY GIDDENS** | § | **UNDER SEAL** |
| **STEVE BARANOWSKI, III** | § | |

### MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney and Assistant United States Attorney assigned to this matter, and respectfully moves this Honorable Court to seal the Criminal Complaint, Affidavit, and Arrest Warrant and further moves that this Motion and Order also be SEALED.

This is an ongoing criminal investigation. The disclosure of the complaint, affidavit, and arrest warrant could seriously jeopardize the investigation, result in the destruction of evidence, and place law enforcement in harms way.

FURTHER, the United States moves that the Criminal Complaint, Affidavit, and Arrest Warrants be unsealed upon the arrest of each defendant.

Respectfully submitted,
RYAN K. PATRICK
UNITED STATES ATTORNEY


 */s/ Jennifer Stabe*
Jennifer Stabe
Assistant United States Attorney