UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CRIMINAL NO. 4:20cr26 |
| | § |
| KHALID ABDULAZIZ | § |

## GOVERNMENT'S NOTICE OF EXPERT WITNESSES

COMES NOW the United States of America, by and through Jennifer B. Lowery, United States Attorney, and Lisa M. Collins, Assistant United States Attorney for the Southern District of Texas, and provides notice to the defense, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, that the government intends on calling the following expert witness if necessary:

1. Mike Medlin, a special agent with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives (ATF). Special Agent Medlin will testify to the forensic analysis and preservation of electronic devices in this case, specifically the downloading of the computers linked to Defendant and his co-conspirators.

2. Curtis Williams, a special agent with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives (ATF). Special Agent Williams will testify to the forensic analysis and preservation of cellular phones and electronic devices in this case,

specifically the downloading of the phones and computers linked to Defendant and his co-conspirators.

3. Michael Gonzalez, a special agent with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives (ATF). Special Agent Gonzalez will testify to the forensic analysis and preservation of cellular phones and electronic devices in this case, specifically the downloading of the phones and computers linked to Defendant and his co-conspirators.

4. Orlando Mora, a special agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Special Agent Mora will testify to the forensic analysis and preservation of electronic devices in this case, specifically the downloading of the computers linked to Defendant and his co-conspirators.

5. Steve Green, a special agent with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives (ATF). Special Agent Green will testify to the forensic analysis and preservation of devices in this case, specifically the downloading of the electronic surveillance linked to Defendant and his co-conspirators.

6. Michelle Beltz, a special agent with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives (ATF). Special Agent Beltz will testify to the forensic analysis and preservation

of devices in this case, specifically the downloading of the electronic surveillance linked to Defendant and his co-conspirators.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney


s/ Lisa M. Collins
Lisa M. Collins
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Notice of Expert Witnesses was sent via ecf to the defendant's.

s/ Lisa M. Collins
Lisa M. Collins
Assistant United States Attorney