# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| v. | § | CAUSE No. 4:20-CR-26 |
| **KHALID ABDULAZIZ** | § | |

## DEFENDANT'S OBJECTIONS TO GOVERNMENT EXHIBITS

TO THE HONORABLE JUDGE GREGG COSTA:

The Defendant, Khalid Abdulaziz, files this notice of objections to the list of government exhibits filed on March 28th, 2022.

| No. | Objection(s) |
|---|---|
| 1 | No objections. |
| 2 | No objections. |
| 3 | No objections. |
| 4 | No objections. |
| 5 | No objections. |
| 6 | No objections. |
| 7 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 8 | No objections. |
| 9 | The relevance of this material is outweighed by the danger of undue prejudice under Rule 403 |
| 10 | The relevance of this material is outweighed by the danger of undue prejudice under Rule 403 |
| 11 | This transaction constitutes improper character evidence of which the defense has not been given proper notice under Rule 404(b) |
| 12 | This transaction constitutes improper character evidence of which the defense has not been given proper notice under Rule 404(b) |
| 13 | No objections. |

| | |
|---|---|
| 14 | No objections. |
| 15 | No objections. |
| 16 | No objections. |
| 17 | No objections. |
| 18 | No objections. |
| 19 | No objections. |
| 20 | No objections. |
| 21 | No objections. |
| 22 | No objections. |
| 23 | No objections. |
| 24 | No objections. |
| 25 | No objections. |
| 26 | No objections. |
| 27 | No objections. |
| 28 | No objections. |
| 29 | No objections. |
| 30 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 31 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 32 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 33 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 34 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 35 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 36 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 37 | No objections. |
| 38 | No objections. |
| 39 | No objections. |
| 40 | No objections. |
| 41 | No objections. |
| 42 | No objections. |
| 43 | No objections. |
| 44 | No objections. |
| 45 | No objections. |

| | |
|---|---|
| 46 | No objections. |
| 47 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 48 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 49 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 50 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 51 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 52 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 53 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 54 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 55 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 56 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 57 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 58 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 59 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 60 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 61 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 62 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 63 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 64 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 65 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 66 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 67 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |

| | |
|---|---|
| 68 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 69 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 70 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 71 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 72 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 73 | No objections. |
| 74 | No objections. |
| 75 | No objections. |
| 76 | No objections. |
| 77 | No objections. |
| 78 | No objections. |
| 79 | No objections. |
| 80 | No objections. |
| 81 | No objections. |
| 82 | No objections. |
| 83 | No objections. |
| 84 | No objections. |
| 85 | No objections. |
| 86 | No objections. |
| 87 | No objections. |
| 88 | No objections. |
| 89 | No objections. |
| 90 | No objections. |
| 91 | No objections. |
| 92 | No objections. |
| 93 | No objections. |
| 94 | No objections. |
| 95 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 96 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 97 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |

| | |
|---|---|
| 98 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 99 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 100 | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| 101 | No objections. |
| 102 | No objections. |
| 103 | No objections. |
| 104 | No objections. |
| 105 | No objections. |
| 106 | No objections. |
| 107 | No objections. |
| 108 | No objections. |
| 109 | No objections. |
| 110 | No objections. |
| 111 | No objections. |
| 112 | No objections. |
| 113 | No objections. |
| 114 | No objections. |
| 115 | No objections. |
| 116 | No objections. |
| 117 | No objections. |
| 118 | No objections. |
| 119 | No objections. |
| 120 | No objections. |
| 121 | No objections. |
| 122 | No objections. |
| 123 | No objections. |
| 124 | No objections. |
| 125 | No objections. |
| 126 | No objections. |
| 127 | No objections. |
| 128 | No objections. |
| 129 | No objections. |
| 130 | No objections. |
| 131 | No objections. |

| | |
|---|---|
| **132** | No objections. |
| **133** | No objections. |
| **134** | No objections. |
| **135** | No objections. |
| **136** | No objections. |
| **137** | No objections. |
| **138** | No objections. |
| **139** | No objections. |
| **140** | No objections. |
| **141** | No objections. |
| **142** | No objections. |
| **143** | No objections. |
| **144** | No objections. |
| **145** | No objections. |
| **146** | No objections. |
| **147** | No objections. |
| **148** | No objections. |
| **149** | No objections. |
| **150** | No objections. |
| **151** | No objections. |
| **152** | No objections. |
| **153** | No objections. |
| **154** | No objections. |
| **155** | No objections. |
| **156** | No objections. |
| **157** | No objections. |
| **158** | No objections. |
| **159** | No objections. |
| **160** | No objections. |
| **161** | No objections. |
| **162** | No objections. |
| **163** | No objections. |
| **164** | No objections. |
| **165** | No objections. |
| **166** | No objections. |
| **167** | No objections. |
| **168** | No objections. |

| | |
|---|---|
| **169** | No objections. |
| **170** | No objections. |
| **171** | No objections. |
| **172** | No objections. |
| **173** | No objections. |
| **174** | No objections. |
| **175** | No objections. |
| **176** | No objections. |
| **177** | No objections. |
| **178** | No objections. |
| **179** | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| **180** | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| **181** | No Objections. |
| **182** | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| **183** | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| **184** | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |
| **185** | This evidence is irrelevant under Rule 402, and any relevance it could have is outweighed by the danger of undue prejudice under Rule 403. |

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the above objections be granted.

Respectfully submitted,

**THE AKERS FIRM, PLLC**

*/s/ Cordt C. Akers*
Cordt C. Akers
The Akers Firm, PLLC
State Bar No. 24080122
3401 Allen Pkwy, Ste. 101
Houston, Texas 77019
Tel:     (713) 877-2500
Fax:    (713) 783-8662
Email:  cca@akersfirm.com

**DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP**

*/s/ Derek S. Hollingsworth*
Derek S. Hollingsworth
State Bar No. 24002305
Federal I.D. No. 34569
1001 Fannin Street, Suite 2428
Houston, Texas 77002
Telephone: (713) 751-2300
Facsimile: (713) 751-2310
Email:  dhollingsworth@dhmlaw.com

**ATTORNEYS FOR DEFENDANT KHALID ABDULAZIZ**

**CERTIFICATE OF SERVICE**

I certify that on April 4th, 2022, I filed a true and correct copy of the foregoing via the electronic case filing system of the Southern District of Texas, which sent a notice of filing to all interested parties.

*/s/ Cordt C. Akers*
Cordt Akers
