United States District Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-20-26-14 |
| | § | |
| | § | CIVIL ACTION NO. H-23-4390 |
| | § | |
| GUSTAVO GOMEZ-VALENZUELA | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order Denying 28 U.S.C. § 2255 Motion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 13, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge